UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT WINCHESTER,<br>　　　　Plaintiff,<br>　　v.<br>ADAM WARD, et al.,<br>　　　　Defendants. | Case No. 19-cv-02653-JCS<br><br>**ORDER INSTRUCTING THE U.S. MARSHAL TO SERVE PROCESS**<br>Re: Dkt. No. 10 |

Plaintiff Wilbert Winchester has filed a first amended complaint (dkt. 10) replacing the City of Oakland with the Oakland Housing Authority as a named defendant. The first amended complaint is otherwise substantially identical to the original complaint. The Court previously granted Winchester's application to proceed in forma pauperis. At this time, and without prejudice to any argument that Defendants may raise after they are served and appear, no basis for dismissal under 28 U.S.C. § 1915(e)(2)(B) is apparent.

Winchester has not yet filed a proposed summons for the Oakland Housing Authority. After Winchester does so, the Clerk is instructed to issue summons, and the United States Marshal is instructed to serve process (including the first amended complaint) on Defendants.

**IT IS SO ORDERED.**

Dated: August 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge