UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBERT WINCHESTER,**<br><br>    Plaintiff,<br><br>    v.<br><br>**OAKLAND HOUSING AUTHORITY,**<br><br>    Defendant. | Case No.  4:19-CV-2653-YGR<br><br>**PRETRIAL ORDER NO. 2 RE: JURY INSTRUCTIONS** |

At the July 30, 2021 pretrial conference, the parties were directed to meet and confer and file two different sets of the proposed jury instructions: the first set to be read prior to evidence and the second set to be read following the presentation of evidence.  Although this direction was memorialized in Paragraph 29 of Pretrial Order No. 1, the September 17, 2021 deadline stated on the record was not.  To date, the parties have not filed their proposed jury instructions.  Accordingly, the parties are directed to file them in accordance with Pretrial Order No. 1 no later than **October 29, 2021**.

**IT IS SO ORDERED.**

Dated: October 1, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**