UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBERT WINCHESTER**, <br> Plaintiff, <br> v. <br> **OAKLAND HOUSING AUTHORITY**, <br> Defendant. | Case No. 4:19-CV-2653-YGR <br><br> **PRETRIAL ORDER NO. 3 RE: MODIFICATIONS TO TRIAL ORDER** |

**TO ALL PARTIES OF RECORD:**

In light of the court's management of district wide jury trials, and pursuant to this Court's Standing Order re Pretrial Instructions in Civil Cases, ¶ 3.h., jury selection shall occur on Friday, **December 3, 2021**. The Court will commence proceedings with the parties at **8:30 a.m.**

**Beginning on December 6, 2021,** the Court will commence proceedings with the parties each day at **8:00 a.m.** Proceedings with the jury begin promptly at 8:30 a.m. The parties are reminded that they each have six (6) hours to present their case, including opening statements and closing arguments. With this schedule, the jury will begin deliberations on Wednesday.

To promote the health and safety of all in the courtroom, the parties shall send an email to ygrchambers@cand.uscourts.gov identifying the vaccination status of **each person** who will be present in the courtroom, including lawyers, parties, witnesses, and any one else known to be attending.

In accordance with Pretrial Order No. 1, the Court confirms that it is in possession of two (2) deposition transcripts from the defense. To the extent that there are others, counsel should contact the courtroom deputy immediately. Finally, to the extent other pretrial matters require discussion, the Court can address those issues on December 3, 2021. Should the parties require an earlier conference, they should contact the courtroom deputy.

**IT IS SO ORDERED.**

Dated: November 16, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**