UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBERT WINCHESTER,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**ADAM WARD, ET AL.,**<br><br>          Defendant. | Case No. 4:19-CV-2653-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

    Prior to jury selection, the parties settled this action on the material terms stated on the record on Friday, December 3, 2021.  The parties have indicated that they will enter a formal, written settlement agreement.  Accordingly, it is **ORDERED** that this case is **DISMISSED**.

    It is further **ORDERED** that either party may certify to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement documentation has not in fact occurred and that the case should be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: **December 7, 2021**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE